IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SR. GREGORY ADAMS, | ) | 4:08CV3109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LINCOLN POLICE DEPT, and | ) | |
| LANCASTER COUNTY | ) | |
| ATTORNEY OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On October 10, 2008, the court entered a Memorandum and Order stating that Plaintiff's Complaint failed to state a claim upon which relief may be granted and directing Plaintiff to file an amended complaint no later than November 10, 2008. (Filing No. 10.) Plaintiff has not filed an amended complaint or any other response to the court's October 10, 2008 Memorandum and Order. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

December 9, 2008.                BY THE COURT:

                                                  *s/Richard G. Kopf*
                                                  United States District Judge